

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00351-CV

Robert **TYSON**, Carl and Kathy Taylor, Linda and Ron Tetrick and Ruthe Nilson,
Appellants

v.

Robert N. **FREEMAN**, II, as Principal of Medina Livestock Sales Company, Ltd.,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-13-0000356
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's August 10, 2021 judgment is AFFIRMED. We order appellants to pay the costs of this appeal.

SIGNED June 29, 2022.

_____
Beth Watkins, Justice